IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

RECEIVED
USDC CLERK, COLUMBIA, SC
2026 JUN 12  AM 11: 49

JOHN HENRY # 279199

_____

_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

   **-against-**

JASON Smith "Associate Warden or operations"
FElEciA MEEKS " MAJOR "
JESSICA SEVERT "Property Control Lieutenant"

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Prisoner Complaint)

Case No. 4:26-cv-2314-MGL-TER
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
               *(check one)*

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

When submitted for filing, your complaint should be accompanied by the full filing fee or an application to proceed in *forma pauperis.*

1

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                    *John Henry*

All other names by which you have been known:

*299/99*

*Kershaw Correctional Inst.*

ID Number          *4848 Goldmine Hwy*

Current Institution     *Kershaw, South Carolina  29067*

Address

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name                    *Jason Smith*

Job or Title            *Associate Warden of operations*
(if known)

Shield Number

Employer            *South Carolina Department of Correction*

Address              *Kershaw Corr. Inst.   4848 Goldmine Hwy*
                          *Kershaw, South Carolina 29067*

☑ Individual capacity            ☑ Official capacity

Defendant No. 2

Name                    *Felecia Meeks*

2

Job or Title
(if known)          _Major_

Shield Number      _____

Employer           _South Carolina Department of Corrections_

Address            _Kershaw Corr. Inst. 4848 Goldmine Hwy_
                   _Kershaw, South Carolina 29067_

☑ Individual capacity          ☑ Official capacity

Defendant No. 3

Name               _Jessica Severt_

Job or Title       _Property Control Lieutenant_
(if known)

Shield Number      _____

Employer           _South Carolina Department of Corrections_

Address            _Kershaw Corr. Inst. 4848 Goldmine Hwy_
                   _Kershaw, South Carolina 29067_

☑ Individual capacity          ☑ Official capacity

Defendant No. 4

Name               _____

Job or Title       _____
(if known)

Shield Number      _____

Employer           _____

Address            _____
                   _____

☐ Individual capacity          ☐ Official capacity

## II.     Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

3

Section II Basis For Jurisdiction   Sub-Section "E"

Defendant Jessica Severt deliberately denied legal material Box & Property Inventory Sheet, then deliberately misplace or lost legal material after verbally stating she had something for me & my legal material

Defendant Felecia Meeks deliberately intercepted & then Rerouted Kiosk Requests addressed to General Counsel in Regards to being denied Access to the Courts & denied Access to legal (Box) Material, Also denied a copy of Inmate Property Inventory Sheet.

Defendant Jason Smith was inform of the denial of Access to legal materials & Access to the Courts & also denial of copy of Inmate Property Inventory Sheet by Property Control lieutenant with the Knowledge of South Carolina Department of Correction policy & procedures Defendant Jason Smith still deliberately denied Requested items with the Knowledge of SCDC policy & procedures Knowing I did not have the items.

**LEGAL**

**HENRY-299199**

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

First Amendment "Retaliation Against Inmate by prison officials
Eighth Amendment "Free from cruel & unusual treatment
Fourteen Amendment "State deprive any person of "property" without due process

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____

_____

_____

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

~~Explanation~~ See Attach page

_____

_____

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

4

Section III. Prisoner Status        Sub-Section D

I WAS transferred to Kershaw Institution April 14, 2026, two days later I WAS placed on (RHU) Restrictive Housing Unit April 16, 2026 After Arrival to Kershaw Institution, When placed on (RHU) I was not provided with a property Inventory sheet or legal Material Box, I request a copy of my personal property Inventory & legal Material Box I was denied both, I requested these Items through Cpt. Lt. & Sgt. over (RHU), I was told by the RHU Captain that they have 45 days to ANSWER MY Request to Staff, I Filled out A Request to Staff Form & gave it to the RHU Captain to put in the mailbox, 4-21-2026 I Filed A Step 1 Grievances Regarding denial of Access to legal Material & denial of Copy of property Inventory sheet, both Grievances Returned Marked "other." I submitted A Number of Kiosk Request to General Counsel Requesting Assistance 4-26-2026 Felecia Meeks Intercepted & Rerouted the Kiosk Requests. on 4-28-2026 Property Control Lieutenant Jessica Severt Showed up to my discipulary hearing & stated she WAS tried of hearing About my property Inventory sheet & legal Material Box & that I wasn't gonna Receive it so don't ASk For it Anymore & she was gonna speak with the Associate warden to Make sure I don't Receive it, I stayed on (RHU) thirty Four (34) days, the whole time I was housed on RHU I didn't Receive legal Material box or property Inventory sheet, on 5-19-2026 I was Release back to General Population when I receive duffel bag their wasn't Any seal on the duffel bag with My personal property inside, All three (3) of my legal Material Box's where open None of them where SECURED Shut with tape over them, After taken A personal Inventory of my property & legal Material Box's that is when I realize I was Missing legal Materials documentations that had obtain to submitte to the courts Missing From Legal Material Box, I Filed A step 1 Grievance Regarding Misplaced legal documentations the Grievance was sent back Marked "Other." May 23, 2026 I Receive the Request to Staff Back that was sent to Property Control J. Severt Requesting legal Material Box & Property sheet Inventory sheet of personal property the Request to Staff had "NO" for disposition by staff Member nothing Else, June 1st, 2026 I Receive Request to Staff Back From Property Control Lieutenant J. Severt, I Submitted A Request to Staff to Agency Inmate Grievance Coordinator Branch Chife on April 27, 2026, Regarding the denial of Legal Material & denial of Copy of Property Inventory I Just Receive the disposition Regarding the Request & I wasn't given Any Assistance in Regards to the issues

LEGAL
HENRY-299199

☒     Convicted and sentenced state prisoner

☐     Convicted and sentenced federal prisoner

☐     Other *(explain)* _____

## IV.     Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.     If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_____

_____

_____

B.     If the events giving rise to your claim arose in an institution, describe where and when they arose.

*Kershaw Institution (RHU) Restrictive Housing Unit & General Population, RHU is where I was denied legal materials for over (30) days & General Population where given back property & notice missing legal materials.*

C.     What date and approximate time did the events giving rise to your claim(s) occur?

*Personal property was taken 4-16-2026 @ approximate 7:8?a, I was release back to General population on May 19th 2026 @ approximate 10:30a notice legal materials missing.*

D.     What are the facts underlying your claim(s)? *(For example:  What happened to you? Who did what?  Was anyone else involved?  Who else saw what happened?)*

_____

_____

_____

5

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Suffer with mental Anguish due to the denial of legal Materials to Access the Courts by means of Corresponding regarding Motion for A Reduction of Sentence wondering if the courts will Allow me to file Another Motion again Give the perception I have Abandon the First Filed Motion by means of Not Corresponding with them & Due to How long I've been in prison it is hard to obtain the Materials items Misplace, causing Severe depression & Emotional distress due to the Misplacement of the legal Material Items & Life sentence I have.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Defendants pay all court fees & Restitutions owed by the plaintiff & Replace & Return all legal Material Items to plaintiff so that plaintiff can continue challenging Conviction

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

6

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒    Yes

☐    No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_Kershaw Correctional Institution_

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒    Yes

☐    No

☐    Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒    Yes

☐    No

☐    Do not know

If yes, which claim(s)?

_Denying Access to the Courts_
_Misplace or lost or property_
_Access to Legal material_

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒    Yes

☐    No

7

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐     Yes

☐     No

E.     If you did file a grievance:

1.     Where did you file the grievance?

Kershaw Correctional Institution where the events in the complaint took place

2.     What did you claim in your grievance?

Denying Access to the Courts
Denying Access to Legal material box
Misplace &or lost legal material

3.     What was the result, if any?

Grievance Regarding deny Access to legal material box & denying Access to the Courts where sent back Marked Other, Attach Copy of Grievance's Filed

4.     What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I submitted A number of Kiosk Request to General Counsel Asking for help, letting General Counsel Know what was taken place Kiosk Request Where intercepted & ReRouted to different departments by the Institution Administration Everytime

8

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I submitted a Request to Branch Chife Agency Inmate Grievance Coordinator regarding denial Access to the Courts & Access to legal material box, & filed a grievance regarding Intercepting & Rerouting General Counsel Requests

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

    ☐    Yes

    ☒    No

9

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

_____

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

_____

3. Docket or index number

_____

4. Name of Judge assigned to your case

_____

5. Approximate date of filing lawsuit

_____

6. Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

10

7.      What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

C.      Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐      Yes

☐      No

D.      If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.      Parties to the previous lawsuit

Plaintiff(s)      _____

Defendant(s)      _____

2.      Court *(if federal court, name the district; if state court, name the county and State)*

_____

_____

3.      Docket or index number

_____

4.      Name of Judge assigned to your case

_____

5.      Approximate date of filing lawsuit

_____

6.      Is the case still pending?

☐      Yes

☐      No

If no, give the approximate date of disposition. _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____, 20__.

Signature of Plaintiff _____

Printed Name of Plaintiff    ＪoHN HENRY

Prison Identification # 299 /99

Prison Address  Kershaw Corr. Inst.  4848 Goldmine Hwy

Kershaw           South Carolina           29067

City                    State                    Zip Code

### B.    For Attorneys

Date of signing: _____, 20__.

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

12

Address                  _____

Telephone Number     _____

E-mail Address         _____